IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.     No. 4:11CR00035 BRW

YURA KIM THORNELL

FINAL ORDER OF FORFEITURE

WHEREAS, on April 24, 2012, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

Coogi Shirts
LRG Jeans
Polo Pants
Polo Shirts
Coogi Jackets
Baby Phat Hats
Ed Hardy Jeans
Coogi Shorts
Ed Hardy Shorts
Baby Phat Shirts
Coogi Jeans
Rocawear Jeans
LRG Jackets
LRG Shirts
Ed Hardy Shirts
Abercrombie and Fitch Shirts
Lacoste Shirts
Polo Shorts
Polo Jeans
Bape Shorts
True Religion Jeans
Coach Wallets
Rocawear Shirts
Polo Sweatshirts
LRG Sweatshirts
Nike Jackets
Nike Pants

1

    John Deere Hats
    Burberry Hats
    Polo Hats
    Coach Purses
    Phat Farm Jeans
    Chanel Jewelry
    Baby Phat Jewelry
    Rocawear Hat
    Polo Jumpsuit

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on April 30, 2012, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 981(a)(10(C) and Title 28, U.S.C.§ 2461.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

    Coogi Shirts
    LRG Jeans
    Polo Pants
    Polo Shirts
    Coogi Jackets
    Baby Phat Hats
    Ed Hardy Jeans
    Coogi Shorts
    Ed Hardy Shorts
    Baby Phat Shirts
    Coogi Jeans
    Rocawear Jeans
    LRG Jackets

        LRG Shirts
        Ed Hardy Shirts
        Abercrombie and Fitch Shirts
        Lacoste Shirts
        Polo Shorts
        Polo Jeans
        Bape Shorts
        True Religion Jeans
        Coach Wallets
        Rocawear Shirts
        Polo Sweatshirts
        LRG Sweatshirts
        Nike Jackets
        Nike Pants
        John Deere Hats
        Burberry Hats
        Polo Hats
        Coach Purses
        Phat Farm Jeans
        Chanel Jewelry
        Baby Phat Jewelry
        Rocawear Hat
        Polo Jumpsuit

is hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 2323(b)

       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

       IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

       IT IS SO ORDERED this 18th day of July, 2012.

                                          /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE