IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:11-CR-00035-BRW

YURA KIM THORNELL

## ORDER

Pending is *pro se* Defendant's Motion for Early Termination of Probation (Doc. No. 38). The Government has responded.[1] Because Ms. Thornell has not yet served one year of probation, the Motion is DENIED.[2]

IT IS SO ORDERED this 22nd day of July 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.

[2] *See* 18 U.S.C. § 3564(c) ("The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable**,** may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.").